IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CAROLYN BOUDREAU,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Misc. No. 3:07- 9148<br><br>[Proposed]<br><br>ORDER DISMISSING CASE |

This case is a petition to quash three Internal Revenue Service summonses. Respondent, the United States of America, has filed a second motion to dismiss this case, arguing that the Court has already adjudicated a materially identical petition to quash in *Boudreau v. United States*, No. 07-mc-7015-AA (ECF No. 4, entered Feb. 8, 2008). The United States also argues that the case is moot because the Internal Revenue Service has already reached a final determination of the petitioner's tax liability, so the information sought by the summonses is no longer necessary. The petitioner does not oppose this motion.

\\

\\

Order Dismissing Case
Page 1 of 2

7747755.1

For the reasons set forth in the United States' Unopposed Motion to Dismiss Case as Adjudicated and as Moot, and because that Motion is unopposed, IT IS HEREBY ORDERED that this case is dismissed.

Dated this 6th day of December, 2011

_____
UNITED STATES DISTRICT JUDGE

Respectfully presented this 2nd day of December, 2011.

JOHN A. DICICCO
Principal Acting Assistant Attorney General

 /s/ Adam Strait
ADAM D. STRAIT
Mass. BBO No. 670484
KARI D. LARSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 307-2135
Facsimile: (202) 307-0054
adam.d.strait@usdoj.gov

S. AMANDA MARSHALL
United States Attorney, District of Oregon
*Of Counsel*

Attorneys for the United States of America

Order Dismissing Case
Page 2 of 2

7747755.1